150 F.2d 986 (1945)
C. R. LINDBACK FOUNDATION, Petitioner,
v.
COMMISSIONER OF INTERNAL REVENUE, Respondent. C. R. LINDBACK, Petitioner,
v.
SAME. ESTATE of William B. GRISCOM, Deceased, Petitioner,
v.
SAME.
Nos. 8954-8956.
Circuit Court of Appeals, Third Circuit.
Argued October 11, 1945.
Decided October 17, 1945.
George V. Strong, of Philadelphia, Pa. (Sydney C. Orlofsky, William C. Ferguson, Jr., and Strong, Saylor & Ferguson, all of Philadelphia, Pa., on the brief), for petitioners.
Leonard Sarner, of Washington, D. C. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, Robert N. Anderson, and Leonard Sarner, Sp. Assts. to Atty. Gen., on the brief), for respondent.
Before ALBERT, LEE, STEPHENS, GOODRICH, and McLAUGHLIN, Circuit Judges.
PER CURIAM.
The decisions of the Tax Court are affirmed.